**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JUAN CARLOS GIL,

    Plaintiff,

v.                                                   Case No.   3:19-cv-301-J-32JRK

HAMILTON COUNTY, FLORIDA,

    Defendant.

_____

## O R D E R

The Court has been advised that this case has been settled (Doc. 12). Accordingly, it is now

**ORDERED:**

1.  The parties shall have until **July 29, 2019** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.  If the parties have not filed settlement pleadings or a request for extension of time by the **July 29, 2019** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the**

**deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of May, 2019.

        TIMOTHY J. CORRIGAN
        United States District Judge

sej
Copies:

Counsel of record